IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KIRKPATRICK HARVILLE, #165650, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:10cv653-WHA |
| ) | |
| LOUIS BOYD, et al., ) | (WO) |
| ) | |
| Defendants. ) | |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #14), entered on May 14, 2012, the court ADOPTS the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that Defendants' Motion for Summary Judgment is GRANTED. Final Judgment will be entered in favor of the Defendants, with costs taxed against the Plaintiff.

DONE this 6th day of June, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE